ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:      (209)544-0200
Fax:            (209)544-1860

Attorney for Defendant
OMAR QUINTERO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:11-CR-00197-LJO |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| v. | ) CONTINUE SENTENCING |
| | ) |
| OMAR QUINTERO-RODRIGUEZ, | ) |
| | ) |
| Defendant. | ) |

The defendants: 1)OMAR QUINTERO-RODRIGUEZ, through his attorney ROBERT L. FORKNER together with the United States of America through its undersigned counsel, ELANA SHARON LANDAU, Assistant United States Attorney, hereby stipulate and request the following:

1. That the Sentencing presently set for July 23, 2012 be vacated and rescheduled for Monday, July 30, 201 at 1:00 p.m. in Courtroom 4 before the Honorable District Court Judge, Lawrence J. O'Neill.

2. Defense counsel just returned from a prepaid and

1

preplanned 3 week vacation and has not been able to meet with Mr. Quintero.  The defense requests additional and adequate time to review the Presentencing Report with the defendant and potentially file objections to the report.

    3. The defense has not been able to find a certified Spanish interpreter that is available to travel to where Mr. Quintero is being detained before currently scheduled sentencing date.  The defense can however, coordinate to have an interpreter assist in the review of the Presentencing Report on July 30, 2012 in the a.m. and therefore, requests that a p.m. hearing be held.

    4. Further, defense will be in Jury Trial confirmed on July 19, 2012 to commence on July 23, 2012 at 8:30 a.m. in the Stanislaus County Superior Court in Modesto, California on People v. Steve Sigala, Case no.: 1428761, before the Honorable Judge Thomas Zeff.  As such, defense counsel cannot appear in court with Mr. Quinter in Fresno, Federal Court.

    5. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

    IT IS SO STIPULATED.

Dated:  July 19, 2012         /s/ Robert L. Forkner
                                       ROBERT L. FORKNER
                                       Attorney for Defendant
                                       OMAR QUINTERO-RODRIGUEZ

```
Dated:   July 19, 2012          BENJAMIN B. WAGNER
                                United States Attorney


                                by: /s/ ELANA SHARON LANDAU
                                Assistant United States Attorney
```

```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:(209)544-0200
Fax:      (209)544-1860

Attorney for Defendant
OMAR QUINTERO-RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-CR-00197-LJO |
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| v. | |
| OMAR QUINTERO-RODRIGUEZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the July 23, 2012 Status Conference be continued to July 30, 2012 at 1:00 p.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) from the date of this order to July 30, 2012.

IT IS SO ORDERED.

Dated:  **July 20, 2012**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

4